**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Randall Nunley, D.D.S., | ) | No.   CV 06-2314-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Berkshire Life Insurance Co. of America, | ) | |
| Defendants. | ) | |

On **October 2, 2006**, this Court dismissed the Plaintiffs' Complaint with leave to amend for lack of subject matter jurisdiction. (See Doc. 5). The Order stated that the Plaintiff was to file an amended complaint properly asserting a jurisdictional basis for this action no later than **November 2, 2006.** The Plaintiff was warned that his failure to timely comply with that Order would result in the dismissal of the action without further notice. Although the parties' have stipulated to allow additional time for the Defendants to answer the Complaint, such a stipulation was not warranted as the Plaintiff has failed to file an Amended Complaint. As such, the Court hereby **VACATES** its Order of **October 27, 2006** (Doc. 7). **IT IS FURTHER ORDERED** that this case is dismissed due to the Plaintiff's failure to comply with the Court's October 2, 2006 Order (Doc. 5).

1 | DATED this 6th day of February, 2007.

*[signature]*
Paul G. Rosenblatt
United States District Judge

- 2 -